### EAGLE ROLLER MILL CO v C N STEMPER CO

Ohio Appeals, 2nd Dist, Montgomery Co

No 1263. Decided April 20, 1934

Matthews & Matthews, Dayton, and Hugh Altick, Dayton, for plaintiff in error.

Murphy & Murphy, Dayton, and Charles Cowdy, for defendant in error.

SHERICK, J, (5th Dist) sitting by designation.

## OPINION

By THE COURT

We have read the complete record, the briefs filed and the opinion of the trial court and that of the court of first review and we see no present necessity for an extended repetition and recitation of the many matters in evidence, with all of which counsel have a full understanding.

It strongly appeals to us that the conclusions expressed by the Court of Common Pleas in its opinion is the correct and only conclusion that could be arrived at as a matter of law upon the facts adduced in this case. That court correctly construed the one and only contract existing between the parties to this suit, and the only respect in which that court erred is in that it remanded the cause, when it should have entered final judgment in favor of the defendant in error.

And this court coming now to render the judgment that the Court of Common Pleas should have rendered, enters final judgment as against the plaintiff in error.

HORNBECK, PJ, SHERICK and BARNES, JJ, concur.

### ON APPLICATION FOR REHEARING

Decided May 28, 1934.

By THE COURT

The above entitled cause is now being determined on application for rehearing filed by counsel for plaintiff in error. This court in its original opinion held under the state of the record as a matter of law, final judgment should be entered. This is tantamount to a finding against plaintiff in error on all error claimed.

The motion for rehearing will be overruled.

HORNBECK, PJ, SHERICK and BARNES, JJ, concur.